(April 8, 1971)

DANIEL BEAUMONT, Plaintiff, v. WARNER & SWASEY Co. et al., Defendants. WARNER & SWASEY Co., Third-Party Plaintiff-Respondent, v. AMADORI CONSTRUCTION Co., INC., Third-Party Defendant-Appellant, and ALVIN RHODES, Third-Party Defendant.—

Present — Goldman, P. J., Del Vecchio, Witmer, Gabrielli and Cardamone, JJ.